UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                                  :
BETH KRAMER, *on behalf of herself and all others*     :
*similarly situated*,                                      :
                                                  :
                              Plaintiffs,          :          26-CV-1304 (JMF)
                                                  :
           -v-                                    :          <u>ORDER</u>
                                                  :
JOVANI FASHIONS LTD.,                             :
                                                  :
                              Defendant.           :
                                                  :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiffs allege that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated:  February 23, 2026
      New York, New York

                              JESSE M. FURMAN
                              United States District Judge